Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 MAR 27 PM 2:59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

Qian Han
   VS
Michael Chertoff, Secretary,
 Department of Homeland Security
Emilio T. Gonzalez, Director,
 Citizenship and Immigration Services
Christian Poulos, Director,
 California Service Center,
 Citizenship and Immigration Services
Paul M. Pierre, District Director,
 San Diego District, Citizenship and Immigration Services
Michael B. Mukasey,
 Attorney General of the United States
Robert S. Mueller, III,
 Director, Federal Bureau of Investigation

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0581 L CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert G. Nadalin
The Law Offices of Robert Nadalin
P.O. Box 124594
San Diego, CA 92112

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

K. HAMMERLY

MAR 27 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)