1  The Law Offices of Robert Nadalin
2  P.O. Box 124594
   San Diego, CA  92112
3  (619) 234-8875

4  Robert G. Nadalin, Esq.
   Cal. State Bar No. 222489
5  Attorney for Ms. Qian Han

6
                    UNITED STATES DISTRICT COURT
7                   SOUTHERN DISTRICT OF CALIFORNIA

8  Qian Han,                            | Civil No. 08CV0581 L CAB
                                        |
9              Plaintiff,                |
10                                       | Agency No.  A75 694 517
                                        |
11       v.                              | PROOF OF SERVICE
                                        |
12 Michael Chertoff, Secretary,          |
13 Department of Homeland Security,      |
                                        |
14 Emilio T. Gonzalez, Director,         |
15  Citizenship and Immigration Services,|
                                        |
16 Christina Poulos, Director            |
    California Service Center           |
17  Citizenship and Immigration Services,|
                                        |
18 Paul M. Pierre, District Director,    |
19  San Diego District, Citizenship and  |
    Immigration Services,               |
20                                       |
21 Michael B. Mukasey,                   |
    Attorney General of the United States,|
22                                       |
23 Robert S. Mueller, III,               |
    Director, Federal Bureau of Investigation, |
                                        |
24             Defendants.               |
25 _____|

26
27 I, Robert G. Nadalin, attorney for Ms. Qian Han, Plaintiff in this action, a citizen of the
   United States over the age of eighteen years and a resident of San Diego County,
28 California with business street address being 110 West C St., Suite 1300, San Diego,
   California 92101, and postal address as noted above, and not a party to the above-entitled
   action, hereby certify that on March 27, 2008, I caused to be served a copy of the:

COMPLAINT REQUESTING REVIEW OF AN APPLICATION FOR NATURALIZATION PURSUANT TO 8 USC § 1447(B) AND SUMMONS IN A CIVIL ACTION

by Personal delivery to:

Ms. Jill Brinton
Server Process Clerk
U.S. Department of Justice
Office of the U.S. Attorney
101 West Broadway, Suite 1500
San Diego, CA 92101

by first class certified mail, postage pre-paid to:

Mr. Michael B. Mukasey
Attorney General
Washington, D.C.  20530

Mr. Michael Chertoff
Secretary of  Homeland Security
U.S. Department of Homeland Security
Washington, D.C. 20528

Ms. Christina Poulos
Director
USCIS California Service Center
24000 Avila Road, 2nd Floor, Room 2312
Laguna Niguel, CA 92677

Mr. Paul M. Pierre
District Director
USCIS
880 Front Street, Room 1234
San Diego, CA 92101

Mr. Emilio T. Gonzalez
Director, USCIS
20 Massachusetts Avenue, NW
Washington, D.C. 20529

Mr. Robert S. Mueller, III
Director, Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

Dated: March 27, 2008

<u>s/Robert G. Nadalin</u>
Attorney for Plaintiff
E-mail: robert@nadalinlaw.com