1    The Law Offices of Robert Nadalin
     P.O. Box 124594
2    San Diego, CA  92112
3    (619) 234-8875

4    Robert G. Nadalin, Esq.
     Cal. State Bar No. 222489
5    Attorney for Ms. Qian Han

6
                    UNITED STATES DISTRICT COURT
7                  SOUTHERN DISTRICT OF CALIFORNIA

8    Qian Han,                          | Civil No. 08CV0581 L CAB
                                        |
9                                       |
                      Plaintiff,        |
10                                      | Agency No.  A75 694 517
                                        |
11                 v.                   |
                                        | MOTION FOR VOLUNTARY
12                                      | DISMISSAL OF SUIT
     Michael Chertoff, Secretary,       |
13    Department of Homeland Security,  |
                                        |
14   Emilio T. Gonzalez, Director,      |
      Citizenship and Immigration Services,  |
15                                      |
16   Christina Poulos, Director         |
      California Service Center         |
17    Citizenship and Immigration Services,  |
                                        |
18   Paul M. Pierre, District Director, |
19    San Diego District, Citizenship and  |
      Immigration Services,             |
20                                      |
     Michael B. Mukasey,                |
21    Attorney General of the United States,  |
                                        |
22   Robert S. Mueller, III,            |
23    Director, Federal Bureau of Investigation,  |
                                        |
24                  Defendants.         |
25   _____|

26

27       Qian Han, by and through her attorney of record, Robert G. Nadalin, Esq., hereby files

28   this motion for voluntary dismissal of her complaint without prejudice.

         Ms. Han sought relief from this court because of an unreasonable delay in the

1   adjudication of her naturalization application. On April 10, 2008, Defendants' counsel

2   contacted Plaintiff with an offer to adjudicate the pending application within 30 days

3   upon the filing of a motion to dismiss with the court. A dismissal would be required for

4

5   Defendant USCIS to reacquire the jurisdiction needed to be able to adjudicate the pending

6   application.  Plaintiff has accepted this proposal to resolve this matter without requesting

7   the intervention of the court. Therefore,  Ms. Han moves for voluntary dismissal, without

8   prejudice, of her Complaint filed under 8 USC § 1447(b).

9

10   DATED: April 11, 2008

11

12                                          Respectfully submitted,

13

14                                          s/ Robert G. Nadalin

15                                          _____
                                            Robert G. Nadalin, Esq.
16                                          Attorney for Qian Han

17

18

19

20

21

22

23

24

25

26

27

28