1  The Law Offices of Robert Nadalin
2  P.O. Box 124594
   San Diego, CA  92112
3  (619) 234-8875

4  Robert G. Nadalin, Esq.
   Cal. State Bar No. 222489
5  Attorney for Ms. Qian Han

6
                    UNITED STATES DISTRICT COURT
7                   SOUTHERN DISTRICT OF CALIFORNIA

8  Qian Han,                            | Civil No. 08CV0581 L CAB
                                         |
9                                        |
                   Plaintiff,            |
10                                       | Agency No.  A75 694 517
                                         |
11        v.                             | PROOF OF SERVICE
                                         |
12                                       |
   Michael Chertoff, Secretary,          |
13 Department of Homeland Security,      |
                                         |
14 Emilio T. Gonzalez, Director,         |
    Citizenship and Immigration Services,|
15                                       |
                                         |
16 Christina Poulos, Director            |
    California Service Center            |
17  Citizenship and Immigration Services,|
                                         |
18                                       |
   Paul M. Pierre, District Director,    |
19  San Diego District, Citizenship and  |
    Immigration Services,                |
20                                       |
                                         |
21 Michael B. Mukasey,                   |
    Attorney General of the United States,|
22                                       |
                                         |
   Robert S. Mueller, III,               |
23  Director, Federal Bureau of Investigation, |
                                         |
24                 Defendants.           |
25 _____|

26
   I, Robert G. Nadalin, attorney for Ms. Qian Han, Plaintiff in this action, a citizen of the
27 United States over the age of eighteen years and a resident of San Diego County,
   California with business street address being 110 West C St., Suite 1300, San Diego,
28 California 92101, and postal address as noted above, and not a party to the above-entitled
   action, hereby certify that on April 11, 2008, I caused to be served a copy of the:

MOTION FOR VOLUNTARY DISMISSAL OF SUIT

by electronic filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Megan Callan Esq.
Counsel for Defendants
megan.callan@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2008

                                              <u>s/Robert G. Nadalin</u>
                                              Attorney for Plaintiff
                                              E-mail: robert@nadalinlaw.com