# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Qian Han, | CASE NO. 08CV0581 L CAB |
| Plaintiff | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| vs. | |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security, et al. | |
| Defendants. | |

   Pursuant to Plaintiff's Motion for Voluntary Dismissal of Suit and Federal Rule of Civil Procedure 41, this action is hereby **DISMISSED WITHOUT PREJUDICE.**

IT IS SO ORDERED.

DATED: April 14, 2008

_____
M. James Lorenz
United States District Court Judge